UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CSX TRANSPORTATION, INC.
500 Water Street
Jacksonville, FL 32202

           Plaintiff,

vs.

R. FREEDMAN & SON, INC.
D/B/A R.K. FREEDMAN & SONS, INC.
25 Tibbits Ave
Green Island, New York, 12183-0533

           Defendant.

Civil Case No. 1:09-cv-01087-GLS-DEP

---

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between plaintiff, CSX TRANSPORTATION, INC., and defendant, R. FREEDMAN & SON, INC., by and through their respective undersigned counsel in the case captioned and docketed as *CSX Transportation, Inc. v. R. Freedman & Son, Inc.*, Case No. 1:09-cv-01087, that all claims asserted therein by CSX Transportation, Inc., against R. Freedman & Son, Inc. shall be dismissed with prejudice. It is further agreed that each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

KEENAN COHEN & HOWARD P.C.
By: _____
David F. Watkins Jr.
One Pitcairn Place, Suite 2400
165 Township Line Rd.
Jenkintown, PA 19046
*Attorneys for CSX Transportation, Inc*

HERZOG LAW FIRM, P.C.
By: _____
James M. Reilly
7 Southwoods Boulevard
Albany, NY 12211
*Attorneys for R.Freedman & Son*

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated: January 29, 2010
Syracuse, NY